Office of the General Counsel
1200 First Street, NE, 10 Floor
Washington, DC 20002-4232

Phone: 202-442-5000
Fax: 202-442-5098
www.k12.dc.us

## APPLICATION FOR PAYMENT OF ATTORNEY FEES AND COSTS
## PURSUANT TO THE INDIVIDUALS WITH DISABILITIES ACT

**ATTORNEY INFORMATION**

| | |
|---|---|
| Law Firm: | Kimberly Glassman, Esq. LLC |
| Attorney: | Kimberly Glassman |
| Federal Tax ID Number: | ██████████ |
| Attorney's Bar Number/Year of Admission-State of Admission: | DC Bar - 2004 #483506 <br> MD Bar - 2003 |
| Telephone Number: | 301 651-2578 |
| Attorney Email Address: | ksglassman@gmail.com |
| Attorney/Firm Mailing Address: | 18713 Calypso Place <br> Gaithersburg, MD 20879 |

**STUDENT INFORMATION**

| | |
|---|---|
| Name: | ███████████ |
| Date of Birth: | ████ |
| Date Hearing Request was Filed: | 7/7/17 |
| Date(s) of Hearing: | 8/28/17 and 8/29/17 |
| Settlement Agreement or HOD (?): | HOD |
| Date of Determination (HOD/SA): | 9/19/17 (interim) and 10/8/17 (final) |
| Parent/Guardian Name: | Almo Carter |
| Parent/Guardian Address: | 2219 Otis Street NE <br> Washington, DC 20019 |

**INVOICE INFORMATION**

| | |
|---|---|
| Case Number: | 2017-0190 |
| Attorney Invoice Number: | 2017-04 |
| Date Request was Submitted: | 12/18/17 |
| Date(s) of Services Rendered: | 3/27/17-12/15/17 |
| Attorney Hourly Rate: | $465.00 |
| Total Attorney Fees: | $ 41,501.25 |
| Total Attorney Costs: | $ 1,586.60 |
| Total Invoice: | $ 43,087.85 |

**CERTIFICATION (Must be signed by principal attorney)**

I certify that all of the following statements are true and correct:

• All services listed in the enclosed invoice were actually performed;
• The entire amount requested on the enclosed invoice for payment of costs and expenses represents the actual amount of costs and expenses incurred;
• District of Columbia Public School is the sole entity from which payment of the fees, costs, and expenses itemized on the enclosed invoice is requested;
• No attorney or law firm who either (1) provides services listed on the enclosed invoice; or (2) will benefit from any monies paid as a result of the submission of the enclosed invoice, has a pecuniary interest, either through an attorney, officer, or employee of the firm, in a special education diagnostic service, school, or other special education service providers;
• I understand that the making of false statements to an agency of the D.C. Government is punishable by criminal penalties pursuant to D.C. Code §22-2405.

Exhibit 3 page 001

| _(signature)_ | December 18, 2017 |
| Signature | Date |

Exhibit 3 page 002

District of Columbia
Public Schools

Office of the General Counsel
1200 First Street, NE, 10 Floor
Washington, DC 20002-4232

Phone: 202-442-5000
Fax: 202-442-5098
www.k12.dc.us

## ATTORNEY FEE WORKSHEET

**Instructions: Please complete the form by filling in the highlighted boxes.**
**Note that flat rate billing items are noted on a separate sheet in this workbook.**

**Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV**
Please include your Law Firm, Student Name, and Control # in the Subject Line of Email
You may also mail or fax this form to the number/address listed above

Student Name:
OGC Control Number:
Approved Attorney Fee Total: $0.00

| Date | Professional Services | Attorney Initials | Time Spent Hrs | Time Spent Min | Rate Per Hour | Total |
|---|---|---|---|---|---|---|
| | | **PER HOUR BILLING TOTAL** | | | $ | $ 41,501.25 |
| 3/27/17 | Initial meeting with client, discussion of educational history and concerns, retainer agreement and representation for special education legal services. | KG | 1.5 | | $465.00 | $ 697.50 |
| 3/29/17 | Email with client re touring non-public placements, records | KG | .4 | | $465.00 | $ 186.00 |
| 3/30/17 | Review records provided by client - state complaint, IEP, related documents | KG | 1.8 | | $465.00 | $ 837.00 |
| 4/3/17 | Receive/review additional records provided by parent - historical special educaiton records (Evaluations, IEPs, behavior reports) | KG | 1.5 | | $465.00 | $ 697.50 |
| 4/5/17 | Submit referral to Lourie Center for placement consideration on behalf of client | KG | .5 | | $465.00 | $ 232.50 |
| 4/23/17 | PC client re case status - Lourie Center rejection, planned IEP meeting and next steps | KG | .8 | | $465.00 | $ 372.00 |
| 4/26/17 | Receive/review IEP draft, LRE observation report | KG | 1.1 | | $465.00 | $ 511.50 |
| 4/27/17 | Email correspondence with client re upcoming IEP meeting, reviewing DCPS proposed placement, expert observation of any proposed placement | KG | .7 | | $465.00 | $ 325.50 |
| 4/28/17 | Email correspondence with client re engaging expert for review of any proposed DCPS placements | KG | .5 | | $465.00 | $ 232.50 |
| 5/1/17 | Email correspondence with client re tour of Kingsbury Day School | KG | .3 | | $465.00 | $ 139.50 |



Exhibit 3 page 004

| Date | Description | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/3/17 | Receive/review DCPS dedicated aide observation report | KG | .5 | $465.00 | $ 232.50 |
| 5/4/17 | PC client re preparation for IEP meeting | KG | 1 | $465.00 | $ 465.00 |
| 5/4/17 | Email correspondence to client summarizing IEP meeting preparation | KG | .4 | $465.00 | $ 186.00 |
| 5/4/17 | Email correspondence with client re: DCPS request for faciliated IEP meeting | KG | .3 | $465.00 | $ 139.50 |
| 5/5/17 | PC client re facilitated IEP meeting | KG | .7 | $465.00 | $ 325.50 |
| 5/18/17 | PC client re outcome of facilitated IEP, placement referral status, observing DCPS proposed placement, next steps in case | KG | 1 | $465.00 | $ 465.00 |
| 5/26/17 | PC with client re: phone call with Paula Gonce, proposed placement of Ludlow-Taylor, scheduling observation of LT | KG | .8 | $465.00 | $ 372.00 |
| 5/31/17 | Email correspondence with client re: 2 day visit to Kingsbury Day School | KG | .3 | $465.00 | $ 139.50 |
| 6/2/17 | PC client re: DCPS response to request to observe, limitation on observation, follow up to DCPS needed | KG | .8 | $465.00 | $ 372.00 |
| 6/2/17 | Email correspondence with client re outcome of request to observe with DCPS | KG | .4 | $465.00 | $ 186.00 |
| 6/6/17 | Receive/review documents from May 16, 2017 IEP meeting | KG | 1.5 | $465.00 | $ 697.50 |
| 6/6/17 | PC client re limitations Ludlow observation. | KG | .8 | $465.00 | $ 372.00 |
| 6/6/17 | Email correspondence with client re: follow up with Ludlow Taylor teahcer | KG | .2 | $465.00 | $ 93.00 |
| 6/8/17 | Email correspondence with client re alternative placement options | KG | .3 | $465.00 | $ 139.50 |
| 6/12/17 | Email correspondence with client re: next steps, potential for filing due process and complaint process. | KG | .3 | $465.00 | $ 139.50 |
| 6/12/17 | PC client to discuss due process options, strategy and next steps | KG | 1 | $465.00 | $ 465.00 |
| 6/15/17 | Receive/review observation report of Ludlow-Taylor | KG | .5 | $465.00 | $ 232.50 |
| 6/6/17 | Detailed correspondence to client re: Ludlow-Taylor report, information needed about proposed placement | KG | .7 | $465.00 | $ 325.50 |
| 6/16/17 | PC client re next steps in case | KG | .8 | $465.00 | $ 372.00 |
| 6/28/17 | Receive/review documents provided by client - LOS letter, Ludlow report, Kingsbury acceptance | KG | .8 | $465.00 | $ 372.00 |
| 7/3/17 | Review client file in order to prepare due process complaint | KG | 1.8 | $465.00 | $ 837.00 |
| 7/5/17 | Draft of due process complaint, detailed description of factual allegations, student history | KG | 4.8 | $465.00 | $ 2,232.00 |
| 7/5/17 | PC client re complaint status, additional records needed | KG | .8 | $465.00 | $ 372.00 |
| 7/6/16 | Receive/review additional records provided by client needed to complete complaint | KG | 1.2 | $465.00 | $ 558.00 |
| 7/6/17 | Continue draft of due process complaint - detailed legal allegations, issues | KG | 3.3 | $465.00 | $ 1,534.50 |

Exhibit 3 page 004

| Date | Description | Initials | Rate | Amount |
|---|---|---|---|---|
| 7/7/17 | PC client to review due process complaint prior to filing | KG | .8 | $465.00 | $372.00 |
| 7/7/17 | Make final revisions and file due process complaint | KG | 1.7 | $465.00 | $790.50 |
| 7/10/17 | Receive Due Process Complaint notice | KG | .1 | $465.00 | $46.50 |
| 7/10/17 | Email correspondence with ODR re: assignment of IHO Ruff, conflict due to acting as mediator at IEP meeting | KG | .2 | $465.00 | $93.00 |
| 7/10/17 | Receive/review revised DPC notice, assignment to IHO Vaden | KG | .1 | $465.00 | $46.50 |
| 7/13/17 | Correspondence with IHO Vaden and L. Smalls re scheduling PHC and Hearing dates | KG | .3 | $465.00 | $139.50 |
| 7/14/17 | Correspondence with IHO Vaden, L. Smalls re request for mediation | KG | .2 | $465.00 | $93.00 |
| 7/14/17 | PC client re: DCPS declining to mediate, need to schedule RSM and next steps in case. | KG | .8 | $465.00 | $372.00 |
| 7/15/17 | Correspondence with IHO Vaden, L. Smalls to confirm PHC date/time | KG | .2 | $465.00 | $93.00 |
| 7/19/17 | Correspondence with client, DCPS to schedule RSM | KG | .2 | $465.00 | $93.00 |
| 7/20/17 | Correspondence with IHO Vaden, L. Smalls re scheduling hearing dates | KG | .3 | $465.00 | $139.50 |
| 7/24/17 | Receive/review notice of prehearing conference, confirm hearing dates with IHO Vaden and L. Smalls | KG | .2 | $465.00 | $93.00 |
| 7/25/17 | PC client re case status, hearing dates, expert witness availability | KG | .8 | $465.00 | $372.00 |
| 7/26/17 | Review file/complaint and response in preparation for prehearing conference | KG | .6 | $465.00 | $279.00 |
| 7/26/17 | Prehearing conference with L. Smalls, IHO Vaden | KG | .7 | $465.00 | $325.50 |
| 7/26/17 | Receive/review pre-hearing order from IHO Vaden | KG | .4 | $465.00 | $186.00 |
| 8/2/17 | PC client re: lottery results, school options and pending complaint | KG | .5 | $465.00 | $232.50 |
| 8/3/17 | RSM at Barnard ES | KG | 1 | $0.00 | $- |
| 8/3/17 | Discussion with client re RSM outcome and next steps in case, witnesses for hearing | KG | .8 | $465.00 | $372.00 |
| 8/5/17 | Correspondence to Dr. Golden re potential testimony at hearing | KG | .4 | $465.00 | $186.00 |
| 8/2/17 | Preapre Five Day disclosures - review file, prepare documents for disclosure, disclosure letter | KG | 3.8 | $465.00 | $1,767.00 |
| 8/21/17 | Review five day disclosure with client, determine need for any additional documents | KG | .8 | $465.00 | $372.00 |
| 8/21/17 | Finalize and submit Five Day Disclosure documents | KG | 1.5 | $465.00 | $697.50 |
| 8/22/17 | Receive and review Five Day Disclosures submitted by DCPS | KG | 1.5 | $465.00 | $697.50 |
| 8/23/17 | Preparation for Due process hearing - prepare opening, witness questions, documents to include in witness testimony | KG | 3.5 | $465.00 | $1,627.50 |
| 8/23/17 | PC client to review witness questions, prepare for cross, documents to review during testimony | KG | 1.5 | $465.00 | $697.50 |
| 8/24/17 | Preparation for due process hearing - review witness questions with Kingsbury - Marlene Gustafson | KG | .6 | $465.00 | $279.00 |

Exhibit 3 Page 005

| Date | Description | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 8/24/17 | Preparation for due process hearing - review witness questions with Colleen Williams BCBA | KG | .7 | $465.00 | $ 325.50 |
| 8/25/17 | Preparation for hearing - review witness questions with Dr. Golden | KG | .6 | $465.00 | $ 279.00 |
| 8/28/17 | Due Process Hearing - 1st day at Office of Dispute Resolution | KG | 6.5 | $465.00 | $ 3,022.50 |
| 8/28/17 | Travel to/from ODR for first day of hearing | KG | 2 | $232.50 | $ 465.00 |
| 8/28/17 | Review notes from first day of hearing, disclosures to prepare for second day of due process hearing | KG | 2 | $465.00 | $ 930.00 |
| 8/29/17 | Due Process Hearing - 2nd day at Office of Dispute Resolution | KG | 6.5 | $465.00 | $ 3,022.50 |
| 8/29/17 | Discussion with client following hearing | KG | .5 | $465.00 | $ 232.50 |
| 8/29/17 | Travel to/from ODR for econd day of hearing | KG | 1 | $232.50 | $ 232.50 |
| 9/19/17 | Receive/review Interim HOD from IHO Vaden, orders further briefing on compensatory education | KG | 1 | $465.00 | $ 465.00 |
| 9/19/17 | PC client re interim HOD and next steps | KG | .7 | $465.00 | $ 325.50 |
| 9/19/17 | PC J. Michney re: availability to complete compensatory education plan as ordered by interim HOD | KG | .2 | $465.00 | $ 93.00 |
| 9/19/17 | Email correspondence with IHO Vaden and L. Smalls re timing of briefing on compensatory education per Interim HOD | KG | .2 | $465.00 | $ 93.00 |
| 9/24/17 | PC J. Michney re: compensatory education plan, information to be included | KG | .5 | $465.00 | $ 232.50 |
| 9/25/17 | PC client re: school placement order in HOD, following up with DCPS | KG | .7 | $465.00 | $ 325.50 |
| 9/25/17 | Correspondence with DCPS re: school placement order in HOD, next steps per order | KG | .3 | $465.00 | $ 139.50 |
| 9/26/17 | Email correspondence Dr. Golden re: potential for growth information needed for compensatory education plan | KG | .4 | $465.00 | $ 186.00 |
| 9/27/17 | PC S. Bradley (CCM) re school placement, non-public referrals | KG | .4 | $465.00 | $ 186.00 |
| 9/28/17 | Receive/review compensatory education plan and Affidavit from J. Michney | KG | .6 | $232.50 | $ 139.50 |
| 9/28/17 | PC client re compensatory education proposal from J. Michney, potential final outcomes of case. | KG | .4 | $465.00 | $ 186.00 |
| 9/28/17 | Correspondence with DCPS re potential consent order for final HOD | KG | .3 | $232.50 | $ 69.75 |
| 9/28/17 | Begin draft of compensatory education brief as ordered by Interim HOD | KG | 1 | $465.00 | $ 465.00 |
| 9/29/17 | PC L. Smalls re: compensatory education filing, requesting extension to allow DCPS to complete placement review process | KG | .3 | $465.00 | $ 139.50 |
| 9/29/17 | Email correspondence with IHO Vaden, L. Smalls re consent extension to file compensatory education plan | KG | .2 | $465.00 | $ 93.00 |
| 10/3/17 | Draft/file Compensatory Education Brief as ordered by Interim HOD | KG | .7 | $465.00 | $ 325.50 |

Exhibit 3 Page 005

| Date | Description | Initials | Hours | Rate | | Amount |
|---|---|---|---|---|---|---|
| 10/4/17 | Correspondence with IHO Vaden and L. Smalls re: request to issue final HOD based on compensatory education submissions | KG | .2 | $465.00 | $ | 93.00 |
| 10/6/17 | Email correspondence with DCPS re: compensatory education | KG | .2 | $465.00 | $ | 93.00 |
| 10/6/17 | PC client re compensatory education letter from DCPS, awaiting finalized HOD | KG | .5 | $465.00 | $ | 232.50 |
| 10/6/17 | Receive/review DCPS Response to Petitioner's Compensatory Education Proposal | KG | .2 | $465.00 | $ | 93.00 |
| 10/6/17 | Correspondence with IHO Vaden and L. Smalls requesting final order in light of DCPS lack of objection to petitioner's compensatory education plan | KG | .2 | $465.00 | $ | 93.00 |
| 10/8/17 | Receive/review final HOD ordering compensatory education plan as filed by petitioner | KG | .7 | $465.00 | $ | 325.50 |
| 10/8/17 | PC client re final HOD and placement status | KG | .8 | $232.50 | $ | 186.00 |
| 10/10/17 | Correspondence with DCPS re status of non-public referrals | KG | .3 | $465.00 | $ | 139.50 |
| 10/12/17 | PC client re timing of non-public placement, referral to KKI | KG | .8 | $465.00 | $ | 372.00 |
| 10/17/17 | PC client re tour of KKI, scheduled intake with ███ | KG | .7 | $465.00 | $ | 325.50 |
| 10/18/17 | Correspondence with DCPS re status of KKI referral, consent to maintain current placement until KKI completes intake process | KG | .2 | $465.00 | $ | 93.00 |
| 10/26/17 | Correspondence with DCPS and client re: intake at KKI with ███ delayed | KG | .2 | $465.00 | $ | 93.00 |
| 11/7/17 | PC client re: intake at KKI, scheduling 2 day visit for ███ for December, discussed therapeutic summer camp options for comp ed order | KG | .5 | $465.00 | $ | 232.50 |
| 11/7/17 | Email correspondence with DCPS re scheduled 2 day intake for December 4 and 5, 2017. | KG | .1 | $465.00 | $ | 46.50 |
| 12/5/17 | Correspondence client re intake at KKI day 1 | KG | .3 | $465.00 | $ | 139.50 |
| 12/6/17 | Correspondence with client re 2nd day at KKI, anticipated acceptance and comp ed at Levine therapeutic music | KG | .2 | $465.00 | $ | 93.00 |
| 12/11/17 | Receive/review acceptance letter from KKI | KG | .1 | $465.00 | $ | 46.50 |
| 12/11/17 | Correspondence with client re acceptance and DCPS follow up | KG | .2 | $465.00 | $ | 93.00 |
| 12/11/17 | Correspondence with DCPS re KKI acceptance, comp ed provider plans | KG | .2 | $465.00 | $ | 93.00 |
| 12/14/17 | Correspondence with client and KKI re next steps for starting at school | KG | .2 | $465.00 | $ | 93.00 |
| 12/14/17 | Correspondence with DCPS re acceptance, LOS letter | KG | .2 | $465.00 | $ | 93.00 |
| 12/15/17 | Receive/review LOS from DCPS to KKI | KG | .1 | $465.00 | $ | 46.50 |
| 12/15/17 | Correspondence with client re LOS, start date after winter break | KG | .2 | $465.00 | $ | 93.00 |
| | | | | | $ | - |
| | | | | | $ | - |

Exhibit 3 page 007

| | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ | | $ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

END BILLING CYCLE

Exhibit 8 page 008



District of Columbia
Public Schools

Office of the General Counsel
1200 First Street, NE, 10 Floor
Washington, DC 20002-4232

**ATTORNEY FEE WORKSHEET**

**Instructions: Please complete the form by filling in the highlighted boxes.**

**Preferred Method of Submitting this Form is by Email: OGCATTORNEYFEE@DC.GOV**
Please include your Law Firm, Student Name, and Control # in the Subject Line of Email
You may also mail or fax this form to the number/address listed above

Student Name:
OGC Control Number: 0

| Date | Task | Staff Member | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | FLAT RATE BILLING TOTAL | | $ | 1,586.60 |
| 9/13/17 | Photocopies of DCPS disclosures - 2 sets (one for self, one for witnesses) | KG | 640 | $0.10 | 64.00 |
| 9/13/17 | Photocopies of Petitioner disclosures - 3 sets (one for self, one for IHO, one for witnesses) | KG | 1056 | $0.10 | 105.60 |
| 9/28/17 | Colleeen Williams - Hearing Testimony Invoice Expert fee) | | 1 | $467.00 | 467.00 |
| 6/5/17 | Colleen Williams - Observation and Recommendations Invoice (Expert Fee) | | 1 | $650.00 | 650.00 |
| 9/1/17 | Dr. Christine Golden - Expert Fee | | 1 | $300.00 | 300.00 |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |
| | | | | $ | - |

Exhibit 8 page 009